### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ETHEL MOORE,**

    **Plaintiff,**

v.                                               Case No.  8:04-cv-1568-T-30EAJ

**ELEKTA ONCOLOGY SYSTEMS, INC.**
**and ELEKTA, INC.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

The Court has been advised by defense counsel Lara Tibbals that the above-styled action has been settled.  Counsel also advised the Court that Plaintiff Ethel Moore is recently deceased. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within ONE HUNDRED TWENTY (120) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 120-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on July 12, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-1568.dismissal.wpd